JOHN F. ELWELL v. JOHN G. LUND.[1]

July 26, 1907.

Nos. 15,277—(132).

Action in the district court for Hennepin county to recover $50,000 for the conversion of a stock of goods. The case was tried before Dickinson, J., and a jury which found for plaintiff in the sum of $3,500. From an order denying his motion for judgment notwithstanding the verdict or for a new trial, defendant appealed. Affirmed.

*Jesse Van Valkenburg, G. W. Armstrong,* and *John Lind & A. Ueland,* for appellant.

*C. S. Dever, Wm. H. Hallam,* and *F. H. Boardman,* for respondent.

PER CURIAM.

This was an action brought by Elwell against Lund for the alleged conversion of a part of the stock of goods which was involved in Elwell v. Lund, supra, page 166, 112 N. W. 1009, in which the opinion has been filed. The questions raised are substantially identical, and the conclusion reached in the former case requires an affirmance of this appeal.

The order of the trial court is therefore affirmed.